IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN RICHARD NYE, | : | 1:14-cv-713 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CUMBERLAND COUNTY, *et al.,* | : | |
| Defendants. | : | |

## ORDER

**February 19, 2016**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 24) is **GRANTED**.

2. Judgment is granted in favor of Defendants Williams, Krupko and Cumberland County with respect to Plaintiff's federal claims.

3. This matter is **DISMISSED** as against Defendant Kramer.

4. Plaintiff shall show cause within fourteen (14) days of the date of this Order why Defendant John Doe should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

5. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and

these claims are **DISMISSED** without prejudice to Plaintiff re-filing them in state court.

6. The Clerk of Court shall **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge